**DENY; and Opinion Filed July 2, 2014.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-00809-CV**

**IN RE JOHN C. GANTER, Relator**

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13675**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang, and Brown
Opinion by Justice O'Neill

This petition for writ of mandamus arises from the trial court's order striking relator's expert witness designation. The facts and issues surrounding the petition are well-known to the parties so we do not recount them here. Based on the record before the Court, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** the petition for writ of mandamus.


/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

140809F.P05